**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Frank C. Damrell, Jr.
United States District Judge
Sacramento, California

                          RE:    **Tan Thanh NGUYEN**
                                 **Docket Number:   2:06CR00380-01**
                                 **REQUEST FOR CLARIFICATION OF
                                 SUPERVISED RELEASE DATES**

Your Honor:

On September 18, 2006, the Eastern District of California accepted jurisdiction of this case. The offender had been sentenced in the District of New Mexico and relocated to the District of Utah prior to coming to California. While being supervised by the probation office in Utah, the offender violated his conditions of supervision. The revocation judgment from the District of Utah erroneously uses the date of reinstatement to supervised release as December 15, 2003.

After review of the probation file, it is noted Mr. Nguyen should be given credit on supervised release from the date of his release from federal custody, July 25, 2003. On July 25, 2003, Mr. Nguyen was placed in INS custody for deportation review and remained in INS custody until December 15, 2003. According to statute, Mr. Nguyen's supervision time should not be tolled for time spent in administrative detention, in this case, INS custody. Therefore, this Memorandum is sent to advise the Court of the error in supervision dates. This change in dates is beneficial to the offender and should the Court agree, a copy of this Memorandum will be provided to the offender for clarification.

Enclosed for the Court's perusal is the judgment dated July 12, 2006, and the Transfer of Jurisdiction Form 22.

If the Court approves this officer's recommendation, this Memorandum will be attached to the enclosed documents for clarification purposes in Mr. Nguyen's probation file.

**RE:   Tan Thanh NGUYEN
Docket Number:   2:06CR00380-01
<u>REQUEST FOR CLARIFICATION OF SUPERVISED RELEASE DATES</u>**

Probation Officer Recommendation:

1. The Transfer of Jurisdiction Form 22 dates of supervision should read: Supervised release commences on July 25, 2003 and will terminate on July 24, 2008.

2. The revocation judgment dated July 12, 2006, page 3 of 4, should read: Supervised release beginning on July 25, 2003 is revoked and reinstated.

Respectfully Submitted,

/s/ Deborah A. Spencer
**DEBORAH A. SPENCER
Supervising United States Probation Officer
(916) 683-3322**

Dated:     January 18, 2007
           Elk Grove, California
           DAS/cj

RE:   Tan Thanh NGUYEN
      Docket Number:   2:06CR00380-01
      **REQUEST FOR CLARIFICATION OF SUPERVISED RELEASE DATES**

---

ORDER OF THE COURT

APPROVED:   XXX              DISAPPROVED: _____


_[signature]_                              January 19, 2007
**FRANK C. DAMRELL, JR..**                 DATE
**United States District Judge**


cc:   To be assigned
      Assistant United States Attorney

      To be assigned
      Defense Counsel

Enclosures