**RECOMMENDATION TERMINATING
SUPERVISED RELEASE  PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**             ) | |
| ) | |
| vs.             ) | **Docket Number:  2:06CR00380-01** |
| ) | |
| **Tan Thanh NGUYEN**             ) | |
| _____ ) | |

**LEGAL HISTORY:**

On December 16, 2002,  the above-named was sentenced to 8 months custody in the Bureau of Prisons to be followed by a term of Supervised Release for a period of 5 years, which commenced on July 25, 2003.  Special conditions included: Participation in urinalysis testing; Participation in Consumer Credit Counseling Program.  On July 12, 2006, conditions were modified to include: Not buy or sell motor vehicles without prior approval from probation officer; Provide requested financial information; Drug/alcohol treatment program/testing;  Co-payment  for  treatment/testing;  Alcohol  restrictions  during treatment/testing.  The offender was also ordered to pay $8,895.74 in Restitution and a $100 Special Assessment.  The offender was originally sentenced in the District of New Mexico.  Jurisdiction was subsequently transferred to the District of Utah and then transferred to the Eastern District of California.

**SUMMARY OF COMPLIANCE:**

Mr. Nguyen has complied with all conditions and special conditions of Supervised Release, and has not been involved in any further criminal activities.  He has satisfied all financial obligations in full.  It is the opinion of the probation officer that Mr. Nguyen has derived maximum benefit from supervision and is not in need of continued supervision.

**RE:**   **Tan Thanh NGUYEN**
         **Docket Number:   2:06CR00380-01**
         **RECOMMENDATION TERMINATING**
         **SUPERVISED RELEASE  PRIOR TO EXPIRATION DATE**


**RECOMMENDATION:**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

                              Respectfully submitted,


                                /s/ Wendy E. Reyes
                              **WENDY E.  REYES**
                              **United States Probation Officer**

Dated:        April 24, 2008
              Elk Grove, California
              WER/cj

**REVIEWED BY:**        /s/ Deborah A. Spencer
                       **DEBORAH A.  SPENCER**
                       **Supervising United States Probation Officer**


cc:     AUSA To be assigned (Pursuant to Rule 32, notice of proposed relief to the releasee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.

PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>vs.    )<br>)<br>**Tan Thanh NGUYEN**    )<br>) | **Docket Number: 2:06CR00380-01** |

On July 25, 2003, the above-named was placed on Supervised Release for a period of 5 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Wendy E. Reyes
**WENDY E. REYES**
**United States Probation Officer**

Dated:   April 24, 2008
         Elk Grove, California
         WER/cj

**REVIEWED BY:**   /s/ Deborah A. Spencer
                   **DEBORAH A. SPENCER**
                   **Supervising United States Probation Officer**

RE: Tan Thanh NGUYEN
    Docket Number: 2:06CR00380-01
    **ORDER TERMINATING SUPERVISED RELEASE**
    **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the releasee be discharged from supervised release, and that the proceedings in the case be terminated.

   May 20, 2008
Date

FRANK C. DAMRELL, JR.
**United States District Judge**


WER/cj

Attachment: Recommendation

cc:   United States Attorney's Office